

# COPY OF DEPOSIT

# VA 1-849-042

**NOTE:** due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**NOTE ALSO:** deposits submitted electronically bear no identifying marks.





# COPY OF DEPOSIT

# VA 1-849-043

**NOTE:** due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**NOTE ALSO:** deposits submitted electronically bear no identifying marks.





# COPY OF DEPOSIT

# VA 1-849-044

**NOTE:** due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**NOTE ALSO:** deposits submitted electronically bear no identifying marks.





# COPY OF DEPOSIT

# VA 1-882-406

### (00437494101)

**NOTE:** that beginning October 1, 2006 the Copyright Office discontinued the practice of stamping incoming deposits with accession stamp dates and registration numbers. Incoming deposits are now identified with barcode labels.









# January

| December | February |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 7 | 26 27 28 29 30 31 1 |
| 8 9 10 11 12 13 14 | 2 3 4 5 6 7 8 |
| 15 16 17 18 19 20 21 | 9 10 11 12 13 14 15 |
| 22 23 24 25 26 27 28 | 16 17 18 19 20 21 22 |
| 29 30 31 1 2 3 4 | 23 24 25 26 27 28 |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | **1**<br>NEW YEAR'S DAY | **2**<br>BANK HOLIDAY (SCT) | **3** | **4** |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | **20**<br>MARTIN LUTHER KING JR DAY (US) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | **31**<br>CHINESE NEW YEAR | |





# February

**January**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |

**March**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 GROUNDHOG DAY (US, CAN) | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 VALENTINE'S DAY | 15 |
| 16 | 17 PRESIDENTS' DAY (US) | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |

# March

**February**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | |

**April**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 ASH WEDNESDAY | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 DAYLIGHT SAVING TIME BEGINS (US, CAN) | 17 | 18 | 19 | 20 EQUINOX | 21 | 22 |
| 23/30 PURIM | 24/31 ST. PATRICK'S DAY | 25/1 | 26/2 | 27/3 | 28/4 | 29/5 |

MOTHERING SUNDAY (UK, IRL)
SUMMER TIME BEGINS (UK, IRL)



# April

| | March | | | | | | | | May | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | T | F | S | | S | M | T | W | T | F | S |
| | 23 | 24 | 25 | 26 | 27 | 28 | 1 | | 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 9 | 10 | 11 | 12 | 13 | 14 | 15 | | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| | 23 | 24 | 25 | 26 | 27 | 28 | 29 | | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | 30 | 31 | | | | | | | | | | | | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 <br> APRIL FOOLS' DAY | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 <br> PALM SUNDAY | 14 | 15 <br> PASSOVER | 16 | 17 | 18 <br> GOOD FRIDAY | 19 |
| 20 <br> EASTER | 21 <br> EASTER MONDAY (CAN, UK, IRL) | 22 <br> EARTH DAY | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |



# May

**April**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**June**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 1 MAY DAY | 2 | 3 |
| 4 | 5 CINCO DE MAYO BANK HOLIDAY (UK, IRL) | 6 | 7 | 8 | 9 | 10 |
| 11 MOTHER'S DAY (US, CAN) | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 VICTORIA DAY (CAN) | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 MEMORIAL DAY OBSERVED (US) BANK HOLIDAY (UK) | 27 | 28 | 29 | 30 | 31 |



# June

| May | | | | | | |
|---|---|---|---|---|---|---|
| **S** | **M** | **T** | **W** | **T** | **F** | **S** |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| July | | | | | | |
|---|---|---|---|---|---|---|
| **S** | **M** | **T** | **W** | **T** | **F** | **S** |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | BANK HOLIDAY (IRL) | | | | | |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | | | | | | FLAG DAY (US) |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| FATHER'S DAY | | | | | | SOLSTICE |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | | | RAMADAN |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |



# July

| June |
|------|
| S M T W T F S |
| 1 2 3 4 5 6 7 |
| 8 9 10 11 12 13 14 |
| 15 16 17 18 19 20 21 |
| 22 23 24 25 26 27 28 |
| 29 30 |

| August |
|--------|
| S M T W T F S |
| 1 2 |
| 3 4 5 6 7 8 9 |
| 10 11 12 13 14 15 16 |
| 17 18 19 20 21 22 23 |
| 24 25 26 27 28 29 30 |
| 31 |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| | | CANADA DAY (CAN) | | | INDEPENDENCE DAY (US) | |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 BANK HOLIDAY (N IRL) | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |



# August

| July | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |

| September | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | BANK HOLIDAY (IRL, SCT) | | | | | |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24/31 | 25/1 | 26/2 | 27/3 | 28/4 | 29/5 | 30/6 |
| | BANK HOLIDAY (ENG, N IRL) | | | | | |



# September

**August**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

**October**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 31 | 1<br>LABOR DAY (US, CAN) | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23<br>EQUINOX | 24 | 25<br>ROSH HASHANAH | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |

# October

| September | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |

| November | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| | | | | | | YOM KIPPUR |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| | COLUMBUS DAY OBSERVED (US) THANKSGIVING (CAN) | | | | | |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| | | | | | UNITED NATIONS DAY | |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| SUMMER TIME ENDS (UK, IRL) | BANK HOLIDAY (IRL) | | | | HALLOWEEN | |





HAVE A HEART
ATTACK

# November

**October**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |

**December**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 DAYLIGHT SAVING TIME ENDS (US, CAN) | 3 | 4 ELECTION DAY (US) | 5 GUY FAWKES NIGHT (UK) | 6 | 7 | 8 |
| 9 REMEMBRANCE SUNDAY (UK) | 10 | 11 VETERANS DAY (US) REMEMBRANCE DAY (CAN) | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 / 30 | 24 / 1 | 25 / 2 | 26 / 3 | 27 / 4 THANKSGIVING (US) | 28 / 5 | 29 / 6 |



# December

**November**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

**January**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 ST. ANDREW'S DAY (SCT) | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 CHANUKAH | 25 | 26 | 27 |
| 28 SOLSTICE | 29 | 30 | 31 | 1 CHRISTMAS | 2 KWANZAA BOXING DAY ST. STEPHEN'S DAY (IRL) | 3 |







# COPY OF DEPOSIT

# VA 1-886-880

## (00438403693)

**NOTE:** that beginning October 1, 2006 the Copyright Office discontinued the practice of stamping incoming deposits with accession stamp dates and registration numbers. Incoming deposits are now identified with barcode labels.

# GRUMPY CAT

CHRONICLE BOOKS



## A GRUMPY BOOK

**DISGRUNTLED TIPS AND ACTIVITIES
DESIGNED TO PUT A FROWN ON YOUR FACE**





# GRUMPY CAT



# GRUMPY CAT

# A GRUMPY BOOK

## BY GRUMPY CAT

CHRONICLE BOOKS
SAN FRANCISCO

Copyright © 2013 by Grumpy Cat Limited.
Grumpy Cat Images Copyright and "Grumpy Cat"
Trademark are the exclusive property of Grumpy Cat
Limited, Ohio, USA.

All rights reserved. No part of this book may be
reproduced in any form without written permission
from the publisher.

ISBN: 978-1-4521-2657-9



Manufactured in Canada
Designed by Kelly Abeln and Michael Morris

10 9 8 7 6 5 4

Chronicle Books LLC
680 Second Street
San Francisco, California 94107
www.chroniclebooks.com



# A Grumpy Introduction

I get a lot of questions about how I got to be as grumpy as I am. I give everyone the same answer: you have until the count of three to leave, or the claws come out.

You see, true grumpiness comes from inside—you have to feel it down to your core. Even if you weren't born with it like me, however, you can still develop a grumpy mindset. This book will help you achieve that.

Why help you? Here's why: I dream of a world in which everyone sulks in their own corner, occasionally emerging to judge one another and feel disgust for everything around them.

Within these pages, you'll find tips on how to be grumpy, a tour of my life (for inspiration), and activities, games, and more to get you in a bad mood.

Hopefully, you'll finally leave me alone.



INSINCERELY,

GRUMPY CAT





# Forecast for Your Life

### NOW THAT YOU HAVE THIS BOOK,

things are going to start looking down for you right away. Here's the forecast for the rest of your life. No matter what the weather is outside, this is what it will be in your heart.



**TODAY**



**TOMORROW**



**THE NEXT DAY**



**THE DAY AFTER THAT**



**THE REST OF TIME**





# Think Grumpy

## HERE'S WHY *YOU* GET GRUMPY:

- 😠 I have to wake up too early.
- 😠 My foot hurts.
- 😠 What's that smell?
- 😠 It's raining.

## HERE'S WHY *I* GET GRUMPY:

- 😾 I have to wake up.
- 😾 I have feet.
- 😾 The world has smells in it.
- 😾 Anything.





## TRUE GRUMPINESS
is about embracing the horrible in everything that happens every day.

## REMEMBER: IT'S *ALL* BAD.







# Getting In a Grumpy Mood

## Having some trouble sustaining your grumpiness?

Here are some negative facts and statistics to get you in the right space:

 **Eating yummy ice cream cones** often results in permanent, incurable brain freezes.

 **Puppies** like to trick people into starting wars. At least 65% of wars are caused by puppy trickery.

 **Flowers** are cesspools of bee urine and hummingbird spit.

 **Cute, laughing babies** are responsible for 99.5% of horrible diseases in the world.

 **In a beautiful park on a sunny day,** the trees are full of squirrels waiting to drop rocks on your head.

 **Happy people** are two times more likely to get hit by falling pianos than unhappy people are.

 **A single kiss** contains more germs than 100 toilet seats.

# GRUMPY
## *Moments*

## MY HOME

I live in Arizona. Ever heard of it? I don't care.



Arizona is mostly barren and devoid of life.



There's a lot of dirt and sticks.

I avoid direct contact with the outdoors whenever possible.



But a lot of the time Arizona is just rocks and sand and burning sun.



Here's some grass, I'd like to bury you under it.



It's not all desert. Sometimes there's something green, like a tree. Which is the worst.





# A Grumpy Past, Present, and Future





**1 YEAR**
Become famous
Internet cat.
Destroy the hopes
and dreams of
millions. Good.

**35 YEARS**
Invent dog incapable
of barking, licking, or
smiling. Make lots of
money. Burn it.

**3 MONTHS**
My first word: No.
My second word: Good.

PAST

PRESENT

**0**
Born frowning.

**8 MONTHS**
Had fun. It was awful.

**14 YEARS**
Inspire new kind
of plastic surgery
that gives you
a permanently
frowny face.



**48 YEARS**

Become first cat president of the United States following groundbreaking "I don't care about this country or you" campaign. Don't do anything while in office. Run country into ground. Good.

**70 YEARS**

Unintentionally eliminate threat of global warming with cold, cold stare.

## FUTURE

**65 YEARS** Reduce countless people and animals to tears.



**100 YEARS**

Become the only cat to live 100 years, having learned from old people that the less you enjoy life, the longer you will be forced to endure it. Continue to live probably forever.

# GRUMPY *Moments*

## MY ROOMMATES

Pokey is my biological brother. There's not much of a resemblance.

This dog is horrible. Frankly, I don't even know his name.



This is Cactus.
He's just a cactus with
googly eyes. He's ok,
I guess.

Here are the arms that belong to
the humans we live with. They're
always scooping me up. This was
probably my worst day.

Nope, this was.



# Why I Hate... Dogs



HAPPY, CURIOUS, LOYAL...UGH.

LIKE TO SNIFF INAPPROPRIATE PLACES. WITH A WET, COLD NOSE.

ALWAYS LICKING, BARKING, PANTING.

COME EQUIPPED WITH FURRY WHIPS.

SMELLS LIKE A WET DOG.



# How to Be Grumpy

**Being grumpy is an art.** It comes naturally for some of us (me). But for most it takes a lifetime of practice. But with a few simple tips, anyone can get started on the road to grumpiness at any age.

## Here are a few tricks to try:

 **SITUATION**  **RESPONSE**

**Someone makes a joke or seems to be looking for approval.** → Shake your head in embarrassment for them. Refuse to meet their eyes, exhale loudly, and rub your forehead. Repeat as necessary until they leave the room in discomfort.

**You come up against a problem.**  → Don't ask for a helping hand. Try to remember that whatever you're working on isn't important anyway. Just don't do it.

**You have a spare moment.**  → Look around you and try to think of at least one judgmental thing to say about something. The goal is to see nothing but disappointment and failure.

**You find yourself feeling hopeful or optimistic.**  → Dig down and remember that you are an insignificant speck on this planet and your life is meaningless.







# Anatomy of a Frown

**(1)** Eyes simultaneously judge you and think you are too boring to care

**(2)** Eyeballs bug out a bit in disbelief and disgust

**(3)** Brow furrows just slightly

**(4)** Chin out, but not so much that you look proud or something

**(5)** Edges of mouth approach chin

**(6)** Top of mouth approaches nose

**(7)** Ears: feel free to experiment and find what works best for you

Even if you're not yet completely grumpy, you can help yourself get there by *looking* grumpy.



**CULTIVATE YOUR FROWN AND THE REST WILL FOLLOW.**



# GRUMPY
## *Moments*



**MY LIFE**

I usually celebrate my birthday by blowing out someone else's candles before they have a chance.



I tried to teach Pokey to be grumpy. It didn't work.

Here's me and Cactus. We don't talk much, we mostly just stare off into space and think about things we dislike.







Oh, dog. He constantly tortures me with kisses.



And other things.

# From the Desk of Grumpy Cat

## TO DO TODAY

- [x] JUDGE YOU
- [x] JUDGE YOUR FACE
- [x] EAT BREAKFAST
- [x] EAT YOUR BREAKFAST
- [x] MAKE LITTLE BOY CRY
- [ ] MAKE OLD LADY CRY
- [ ] HANG OUT WITH CACTUS
- [x] MAKE FUN OF DOG
- [ ] GO TO SLEEP AND WAIT FOR ANOTHER TERRIBLE DAY

# Frown File

**If you master each of the following looks, you can effectively ruin anyone's day.**



Scowl = Displeased

**LOOK**

**MEANING**



Stare = Sullen



Leer = Angry



Glower = Gloomy



Glare = Disgusted

**Look in a mirror and practice
until you're not terrible.**

# Pop Quiz!

## MATCH THE EXPRESSION TO THE SITUATION.

Now that you're a frown expert, prove it. Match the grumpy expression to the happy occasion in order to ruin it for everyone.





1



2



3



4

# Grumpy Word Hunt

## JUST HOW GRUMPY ARE YOU?

**See how many times you can find
the word "grumpy" in the puzzle below.**

```
U  P  G  Y  P  R  U  R  G
E  E  R  P  I  S  G  R  U
G  R  U  G  P  Y  R  G  D
G  A  Q  U  O  R  U  X  G
R  Y  P  R  U  R  F  U  R
Z  R  Y  G  T  U  P  M  U
M  G  R  Y  M  P  Y  P  R
P  G  R  M  N  L  U  Y  P
Y  Y  P  M  U  W  G  C  Y
```

ANSWER: You fail. No, it doesn't matter why.



# Connect the dots to reveal my worst nightmare.



ANSWER: A dog that is happy and wants to cuddle.





# VISUALIZE GRUMPINESS

**If you're having trouble unleashing your inner grump, try this meditation exercise:**

Close your eyes, take a deep breath, and envision the following . . .

You're walking barefoot through the forest. Sunlight filters through the trees. The moss is soft beneath your feet.

You step onto a log to get a better view . . .

. . . and you get a giant splinter wedged in between your toes.

A bluebird serenades you from a nearby branch, keeping time to the musical babble of the brook that flows through the forest . . .

. . . and it poops on you. When you look up, it poops again. In your eye.

You glimpse a shimmering unicorn through the foliage . . .

. . . and as it gets closer, you realize it's just a horse with an ice cream cone stuck to its head.





# GRUMPY Moments

## TIMES I'VE BEEN ARRESTED

ARIZONA
POLICE DEP
6-28-12
#905341

Disorderly conduct



Making a policeman cry

Making a dog cry

Ruining Christmas

Incorrectly using a sandbox

# Grumpy in Translation

## PARLEZ-VOUS GRUMPAIS? HABLAS GRUMPAÑOL? SPRECHEN SIE GRÜMPY?

It's easy to be grumpy around the world. If someone asks you a question, here's how to respond in several different languages.

**GERMAN: NEIN**

**SPANISH: NO**

**JAPANESE:** いいえ









**Draw something for me to judge.**

ANSWER: You should have drawn a self-portrait. You are a constant disappointment to me.

# From the Desk of Grumpy Cat

## SHOPPING LIST

☒ DOG REPELLENT

☐ PEOPLE REPELLENT

☒ HAMSTER (TELL PET STORE YOU INTEND TO KEEP IT AS A PET. TRY NOT TO LAUGH MANIACALLY.)

☐ AFTERNOON SNACKS (MORE HAMSTERS?)

☒ STUPID HAT TO FORCE ON OWNERS AND TAKE THEIR STUPID PICTURE





# Grumpy Crossword Puzzle

## ACROSS

1. The opposite of "yes"
2. "____ way, Jose"
3. A two-letter abbreviation for "number"
4. Aren't babies the cutest??
5. James Bond villain Dr. ____
6. Word used to signal a negative response
7. He pitched a ___-hitter (in baseball)
8. Jean-Paul Sartre play "____ Exit"
9. "____ means no"
10. Would you like fries with that?

## DOWN

1. A two-letter abbreviation for "North"
2. U.S. education law, ____ Child Left Behind
3. Can you give me a hand here?
4. Symbol for the synthetic element Nobelium
5. Def Leppard song "No No ___"
6. A two-letter abbreviation for New Orleans
7. An anagram of "on"
8. "____ two ways about it"
9. Can we be friends?
10. Abbreviation for Nitric oxide

ANSWERS: Across (1. No 2. No 3. No 4. No 5. No 6. No 7. No 8. No 9. No 10. No) Down (1. No 2. No 3. No 4. No 5. No 6. No 7. No 8. No 9. No 10. No)

# Grumpy Monuments

**Since the beginning of time,** humans have erected monuments to grumpiness. These great wonders of the world have long served to make happy people stop smiling and start frowning.











# Help me Get to the Fun Ball of String!







# GRUMPY Moments

## HISTORICAL OCCASIONS I'VE RUINED



The signing of the Declaration of Independence



The moon landing



The voyage of the *Titanic*



The Shackleton Expedition



The fall of the Berlin Wall

# Connect the dots to reveal how I'm feeling.



# Grumpy Reading List

**When you can't seem to shake that good mood, try one of these classic works of grumpy literature.**







# Grumpy Word Search

**Find the uninspiring words in the puzzle below.**

| | | | | |
|---|---|---|---|---|
| ABYSMAL | GRUMPY | NO | SPITEFUL | UNWELCOME |
| AWFUL | HORRIBLE | ODIOUS | TERRIBLE | WORTHLESS |
| DREADFUL | LOUSY | PESSIMIST | UNHAPPY | ZERO |
| FAIL | MEAN | QUIT | UNPLEASANT | |

```
E W U I F Z E S U P O I I S S F
P A J N L J O O H S I D C A Y S
E N E H U R S L W M A L O J J G
S R H A M Q I N G R U M P Y E S
I K E O B Q U I T F A I L C M Z
T A G D R Y D T E R R I B L E E
Z E A I O R S T W U S D E E A R
Y K A O I A I M D N A S S M N O
H Q S U L P S B A P S W O N F E
H T G S S S K L L L M Q O E T F
N J E R O F U N W E L C O M E E
T O E E N F D R E A D F U L C Y
T R T S W E L P E S S I M I S T
S R G A H Y U N H A P P Y U R Z
I P E D S X L N Q N T E O X R C
S K Z E M C W O R T H L E S S G
```



# GRUMPY
## *Moments*

**OCCASIONS**

**I'VE RUINED**



This baby's
birthday party



This baby shower



This old lady's birthday party

This presidential inauguration

This wedding

# How to Host a Grumpy Party



Who knows why you're hosting a party. Maybe a dog is forcing you, or someone you hate has died and you want to celebrate. Whatever the reason, use the party as an opportunity to get everyone in a bad mood.

## ATMOSPHERE:

☐ No music
☐ A clock that ticks loudly
☐ Hold party during thunderstorm
  if possible

## DECORATIONS:

☐ One dozen (or more) black balloons
☐ Wilting flowers
☐ Something sticky spilled on the
  rug and slightly dried

## FOOD:

# LITTER BOX CAKE

### Ingredients:

One chocolate cake from a mix

One white cake from a mix

One box instant vanilla pudding

One 16-ounce package white sandwich cookies

12 Tootsie Rolls

### Special materials:

Plastic wrap

New, unused cat litter box

Litter scoop



### Directions:

Prepare chocolate cake and white cake mixes and bake according to package instructions. Let cool, then crumble both cakes into a large bowl. Set aside. Prepare instant vanilla pudding according to the package instructions. Chill until set. Roughly crumble white sandwich cookies in a blender or in a plastic bag using a rolling pin. Mix half of the cookie crumbs and all of the cake crumbs with enough of the chilled pudding to get the mixture moist. Line a new cat litter box several times with plastic wrap so that the food doesn't touch the sides of the box. Scoop the cake crumb mixture into the box in an even layer. Unwrap 12 Tootsie Rolls. Heating them 2-3 at a time, warm them in the microwave for 20-30 seconds until pliable, then roll to create a realistic poo look. Scatter them on top of cake. Evenly distribute remaining cookie crumbs on top. Serve with litter scoop.

## DRINK:

Add a few drops green and a few drops red food coloring to a gallon of milk. Serve at room temperature.

# Grumpy Gift Guide

## WHAT DO YOU GET THE PERSON WHO DOESN'T DESERVE ANYTHING?

Here are a few gift suggestions for when you're fresh out of ideas. They'll dampen the mood on any occasion, from the holidays to patriotic celebrations and beyond.

**New scratching post**





**Motivational poster**



**Deluxe doorstop**

**Trip to an all-you-can-eat salad bar**

**Ergonomic litter box**

**Bouncing ball**





Connect the dots to see what I had to
say when the neighbor's dog went to
go "live on the farm."

# THE ART OF GRUMPY CONVERSATION














# Grumpy Coloring Time



## Give Grumpy Cat a new look!

Acceptable colors: gray, dark gray, black.

# Escape the Dog

## THIS DOG WANTS TO PLAY.



Little does the dog know that I am leading him into danger, having set up numerous booby traps along the way. Help me get through the maze, avoiding the traps and arriving home safely (and solo).





# In Case of Happiness



We've reached the end of the book, which means you've either learned how to be grumpy or you haven't. Either way, I think we should go our separate ways. Here are some parting tips:

- Get a voluntary appendectomy.
- Drop an ice cream cone.
- Stub your toe.
- Step on a bee.
- Unleash five or six flies into your bedroom.
- Walk into a closed glass door.
- Spill coffee on your computer before you hit save.
- Take a deep breath. Inhale a mosquito.











FSC
MIX
Paper from
responsible sources
FSC® C016245

ISBN 978-1-4521-2657-9

$12.95 U.S./£8.99 U.K.

WWW.CHRONICLEBOOKS.COM

Having a bad day? **GOOD.** Grumpy Cat can make it even worse. With a scowl that can stop traffic (and make it feel bad about itself), Grumpy Cat is the master of bad attitude. Within these pages, Grumpy Cat shows you how to unleash your inner curmudgeon. Filled with grump-inspiring games and activities, this book celebrates the grouch in all of us.

So go on—turn that smile upside down.

GET AWAY
FROM ME

IF YOU'RE HAPPY
AND YOU KNOW IT

0 043 840 369 3
LC COPYRIGHT



# COPY OF DEPOSIT

# VA 1-899-887

## (00439681913)

**NOTE:** that beginning October 1, 2006 the Copyright Office discontinued the practice of stamping incoming deposits with accession stamp dates and registration numbers. Incoming deposits are now identified with barcode labels.



LC COPYRIGHT

0 043 968 191 3



# COPY OF DEPOSIT

# VA 1-901-628

## (00439681937)

**NOTE:**  that beginning October 1, 2006 the Copyright Office discontinued the practice of stamping incoming deposits with accession stamp dates and registration numbers. Incoming deposits are now identified with barcode labels.



LC COPYRIGHT

0 043 968 193 7



# COPY OF DEPOSIT

# VA 1-941-449

## (00444930792)

**NOTE:** that beginning October 1, 2006 the Copyright Office discontinued the practice of stamping incoming deposits with accession stamp dates and registration numbers. Incoming deposits are now identified with barcode labels.

Case: 1:24-cv-09923 Document #: 1-2 Filed: 10/11/24 Page 140 of 217 PageID #:172



IF YOU DON'T
HAVE ANYTHING
NICE TO SAY

GOOD

GRUMPY CAT JOURNAL

CHRONICLE BOOKS







GRUMPY
CAT



**IF YOU'RE HAPPY AND YOU KNOW IT**



**GET AWAY FROM ME**

# TO-DO
## LIST

**FROWN**





Copyright © 2014 by Grumpy Cat Limited. Grumpy
Cat Images Copyright and "Grumpy Cat" Trademark
are the exclusive property of Grumpy Cat Limited,
Ohio, USA. www.grumpycats.com

All rights reserved. No part of this journal may be
reproduced in any form without written permission
from the publisher.

ISBN 978-1-4521-3322-5

Manufactured in China
Design by Michael Morris

10 9 8 7 6 5 4 3 2 1

See the full range of *Grumpy Cat* book and gift
products at www.chroniclebooks.com.

Chronicle Books LLC
680 Second Street
San Francisco, CA 94107
www.chroniclebooks.com



LC COPYRIGHT

0 044 493 079 2



GO AWAY



WWW.CHRONICLEBOOKS.COM

$9.95 U.S./£7.99 U.K.

ISBN 978-1-4521-3322-5

9 781452 133225

50995

PEEL



# COPY OF DEPOSIT

# VA 1-962-679

## (00452318064)

**NOTE:** that beginning October 1, 2006 the Copyright Office discontinued the practice of stamping incoming deposits with accession stamp dates and registration numbers. Incoming deposits are now identified with barcode labels.

# GRUMPY CAT®

## 30 POSTCARDS
## UNLIMITED FROWNS



GRUMPY CAT™ 30 POSTCARDS

CHRONICLE BOOKS





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.



From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC. Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images Copyright and "Grumpy Cat" ® Trademark are the exclusive property of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC. Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images Copyright and "Grumpy Cat" ® Trademark are the exclusive property of Grumpy Cat Limited, Ohio, USA. All rights reserved.







From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC. Copyright © 2015 by Grumpy Cat Limited. ™ "Grumpy Cat Images Copyright and "Grumpy Cat" ® Trademark are the exclusive property of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. ⚓ "Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. 😼™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.



From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.

Copyright © 2015 by Grumpy Cat Limited.  ™ Grumpy Cat Images

Copyright and "Grumpy Cat" ® Trademark are the exclusive property

of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC. Copyright © 2015 by Grumpy Cat Limited. 🐱™ Grumpy Cat Images Copyright and "Grumpy Cat" ® Trademark are the exclusive property of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. ✍™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.

Copyright © 2015 by Grumpy Cat Limited. 🐾™ Grumpy Cat Images

Copyright and "Grumpy Cat" ® Trademark are the exclusive property

of Grumpy Cat Limited, Ohio, USA. All rights reserved.



It's not whether you win or lose—

**IT'S HOW YOU REFUSE TO PARTICIPATE.**



From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.

Copyright © 2015 by Grumpy Cat Limited. 🐱™ Grumpy Cat Images

Copyright and "Grumpy Cat" ® Trademark are the exclusive property

of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC. Copyright © 2015 by Grumpy Cat Limited. Copyright and "Grumpy Cat" ® Trademark are the exclusive property of Grumpy Cat Limited, Ohio, USA. All rights reserved. ™ Grumpy Cat Images

BELIEVE YOU CAN'T AND YOU'RE HALFWAY THERE.



From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC. Copyright © 2015 by Grumpy Cat Limited. 😼™ Grumpy Cat Images Copyright and "Grumpy Cat" ® Trademark are the exclusive property of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. 😼™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.











From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.

Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images

Copyright and "Grumpy Cat" ® Trademark are the exclusive property

of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. 🐾™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.

Copyright © 2015 by Grumpy Cat Limited.

Copyright and "Grumpy Cat" ® Trademark are the exclusive property

of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited.  ™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.

Dear _____,

I'm having a

☐ terrible
☐ miserable
☐ painful
☐ excruciating
☐ unbearable

day.

It made me think of you.

Insincerely,
Grumpy Cat







From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. 😾™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.



From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.





From *Grumpy Cat Postcard Book*, published by Chronicle Books LLC.
Copyright © 2015 by Grumpy Cat Limited. ™ Grumpy Cat Images
Copyright and "Grumpy Cat" ® Trademark are the exclusive property
of Grumpy Cat Limited, Ohio, USA. All rights reserved.

Copyright © 2015 by Grumpy Cat Limited.
™ Grumpy Cat Images Copyright and "Grumpy Cat" ® Trademark are the exclusive property of Grumpy Cat Limited, Ohio, USA.

All rights reserved. No part of this product may be reproduced in any form without written permission from the publisher.

www.grumpycats.com

ISBN 978-1-4521-4180-0

Manufactured in China



MIX
Paper
FSC   FSC™ C006948

Design by Michael Morris

10 9 8 7 6 5 4 3 2 1

See the full range of *Grumpy Cat* book and gift products at www.chroniclebooks.com.

CHRONICLE BOOKS
680 SECOND STREET
SAN FRANCISCO, CA 94107
WWW.CHRONICLEBOOKS.COM